UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

UNITED STATES OF AMERICA          4:22-cr-00081-28

VS.                               HOUSTON, TEXAS

JAIME AGUIRRE-CHAVEZ              MARCH 4, 2025

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

TRANSCRIPT OF REARRAIGNMENT PROCEEDINGS
HEARD BEFORE THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>APPEARANCES:</u>

FOR THE GOVERNMENT:          Mr. Leo James Leo
                             U.S. Attorney's Office
                             1000 Louisiana St., Suite 2300
                             Houston, Texas 77002

FOR THE DEFENDANT:           Mr. Charles Thomas Flood
                             Flood & Flood
                             914 Preston Street, Suite 800
                             Houston, Texas 77002

Official Court Reporter:     David S. Smith, CSR, RPR, CRR
                             Official Court Reporter
                             United States District Court
                             Southern District of Texas
                             515 Rusk Street, Room 8004
                             Houston, Texas 77002
                             david.smith@txs.uscourts.gov

Proceedings recorded by mechanical stenography,
transcript produced via computer.

**P R O C E E D I N G S**

THE COURT:  Cause Number 42-cr-8128, United States versus Jaime Aguirre-Chavez.

Counsel, your appearances for the record?

MR. LEO:  Jimmy Leo for the United States.  Good morning, Your Honor.

MR. FLOOD:  Good morning, Your Honor.  Charles Flood for Mr. Aguirre.

THE COURT:  Sir, what is your name?

THE DEFENDANT:  Jaime Aguirre.

THE COURT:  I have Jaime Aguirre-Chavez.

THE DEFENDANT:  Yes, that's correct, Your Honor. Jaime Aguirre-Chavez.

THE COURT:  Let the record reflect that the defendant is present, he is represented by legal counsel and has an interpreter who will interpret these proceedings for him.

Mr. Aguirre, I understand that you are thinking about entering a guilty plea this morning.  Is that correct?

THE DEFENDANT:  Yes.

MR. KAPLAN:  Very well.  Will you please raise your right hand.

(The oath was administered.).

THE COURT:  Very well.  Mr. Aguirre, a few ground rules as we go through this process.  First and foremost, you may stop this hearing at any time for any reason to speak with your

lawyer in private.  Do you understand?

THE DEFENDANT:  I do understand.

THE COURT:  Next, as I provide you with explanations of your legal rights, if you do not understand an explanation, please tell me.  I will attempt to clarify, or again you may stop the hearing and speak with your lawyer in private to receive an explanation.  Do you understand?

THE DEFENDANT:  I do understand, sir.

THE COURT:  After each explanation I will ask you a confirming question such as "Do you understand?"

If you answer that question in the affirmative, I'm going to assume that that meant you understood the explanation and the question asking you to confirm that you understood.  Do you understand?

THE DEFENDANT:  I do.

THE COURT:  If you plead guilty here today, your guilt is final, meaning you will not be allowed to withdraw your guilty plea, start over and go through the trial process I'm about to explain to you.  Do you understand?

THE DEFENDANT:  I do understand, sir.

THE COURT:  Very well.

Please tell me your full legal name.

THE DEFENDANT:  Jaime Aguirre-Chavez.

THE COURT:  How old are you, sir?

THE DEFENDANT 57 years old.

THE COURT:  How far did you go in school?

THE DEFENDANT:  Secondary school, Your Honor.

THE COURT:  Where did you attend secondary school?

THE DEFENDANT:  Mexico.

THE COURT:  Are you a citizen of the United States of America?

THE DEFENDANT:  No.

THE COURT:  What country are you a citizen of.

THE DEFENDANT:  Michoacán.

THE COURT:  Do you read and write English?

THE DEFENDANT:  I do not.

THE COURT:  In this case you have been charged with a crime in a document known as an indictment.  Has that indictment been translated for you into Spanish?

THE DEFENDANT:  Yes.

THE COURT:  Did your lawyer answer all of your questions regarding the indictment?

THE DEFENDANT:  Yes.

THE COURT:  In your own words can you tell me what you are charged with and what you seek to plead guilty to?

THE DEFENDANT:  Yes.

THE COURT:  What are you seeking to plead guilty to?

THE DEFENDANT:  Possession with intent to distribute.

THE COURT:  Very well.

Sir, have you been treated for or do you suffer

from any mental or emotional illness or psychological problem?

THE DEFENDANT:  Yes.

THE COURT:  What mental or emotional illness do you suffer from?

THE DEFENDANT:  Well, actually not -- not that, just diabetes and cholesterol.

THE COURT:  Let me reask that.  What I'm asking about now is mental or emotional illness.  Do you suffer from any of those?

THE DEFENDANT:  No.  I'm fine.

THE COURT:  Are you addicted to any drug, including alcohol, now or in the past?

THE DEFENDANT:  In the past, yes:

THE COURT:  What drug?

THE DEFENDANT:  Cocaine and beer and wine.

THE COURT:  As to those addictions that you had, do they in any way impair you such that you do not understand what is happening here today?

THE DEFENDANT:  I do not understand you.

THE COURT:  Yes, sir.  As a result of your addictions, do they create any confusion for you today as to what is happening?

THE DEFENDANT:  No.

THE COURT:  Very well.  Today are you sick in any way that would prevent you from understanding what is happening

here today?

THE DEFENDANT:  No.  I am fine.

THE COURT:  Are you currently on any medication today or had any medication in the last several days?

THE DEFENDANT:  No.  Only the diabetes.

THE COURT:  As to the diabetes medication, when is the last time you had a dosage of it?

THE DEFENDANT:  Yesterday.

THE COURT:  Okay.

THE DEFENDANT:  Last night.  Today I haven't taken anything.

THE COURT:  As a result of taking that medicine last night for diabetes, does that create any confusion in your mind as to what is happening here today?

THE DEFENDANT:  Not at all, sir.

THE COURT:  Have you had any illegal drugs or alcohol in the last several days?

THE DEFENDANT:  No.

THE COURT:  Counselor, have you had sufficient time to investigate your client's case here?

MR. FLOOD:  Yes, Your Honor.

THE COURT:  Have you had sufficient time to consult with him?

MR. FLOOD:  Yes, Your Honor.

THE COURT:  Do you believe your client to be mentally

competent?

MR. FLOOD:  I do, Your Honor.

THE COURT:  Do you believe the defendant understands the nature of the charges pending against him?

MR. FLOOD:  I do, Your Honor.

THE COURT:  Very well.

Mr. Aguirre, one final question.  Are you satisfied with your attorney?

THE DEFENDANT:  Yes.

THE COURT:  The Court finds that the defendant knowingly, voluntarily, intelligently and with advice of his attorney seeks to enter a guilty plea.

Mr. Aguirre, these are the rights you will be waiving by pleading guilty.  You have the right to plead not guilty.  If you do so, you have the right to a trial before a jury composed of 12 citizens of the Southern District of Texas. Before you could be found guilty at trial, all 12 jurors must agree that you have been proven guilty beyond a reasonable doubt.  If one or more jurors is not so persuaded, you will be found not guilty at time of trial.  Do you understand?

THE DEFENDANT:  I do understand.

THE COURT:  If you want a trial, you have the right to have an attorney represent you, an attorney that you go out, hire and pay for yourself; or if you're unable to afford an attorney, you have the right to have this Court appoint an

attorney for you.  So money or lack thereof should not be the reason you're pleading guilty.  In addition you have the right to represent yourself at trial, meaning go without an attorney. Do you understand?

THE DEFENDANT:  Yes, I do understand.  I want to plead guilty.

THE COURT:  At trial the burden will be on the United States to establish your guilt beyond a reasonable doubt.  The government will be required to bring forth witnesses and evidence to establish your guilt.  Any witness that the government brings forth you would be allowed to cross-examine, ask questions of.  Any evidence that the government would seek to introduce against you you would get to object to, and I would make a determination under the rules of law and evidence as to whether or not such evidence could in fact be used against you.  Do you understand?

THE DEFENDANT:  I do understand.

THE COURT:  At trial you will be presumed innocent.  At the beginning of the trial the jury must assume that you are innocent.  They may not vote you guilty at the end unless all 12 jurors find from the evidence that you are, in fact, guilty and no juror has a reasonable doubt about your guilt.  Do you understand?

THE DEFENDANT:  I do understand.

THE COURT:  You have the right to remain silent.  This

means that you are not required to testify or offer a defense at your trial.  I would explain to the jury that if you decide to remain silent that they could not consider that decision against you as they adjudicate your guilt.  Do you understand?

THE DEFENDANT:  I do understand that.

THE COURT:  However, if you do want to testify, offer a defense, you have the right to do so.  Your evidence will be considered in the same manner as the government's, meaning any witness you call to the stand will be subject to cross-examination by the government, any evidence you offer will be subject to objection by the government.  Even if you offer up this defense, the government will retain the burden of establishing your guilt beyond a reasonable doubt; in other words, your defense is not held to the standard of proving or establishing your innocence.  If you had a witness that did not want to come to court voluntarily to testify, you would be entitled to have this Court issue a subpoena, an order compelling that witness to come to court to testify.  Do you understand these rights?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  In addition, if I accept your plea of guilty, you will be waiving all nonjurisdictional defects in the prosecution.  This means that you will not be allowed to complain to a court at a later time about any searches or seizures that the government or police did, any statements that

they took from you, the way that you were arrested or any delays between your arrest and today or any subsequent legal proceeding.  All those legal arguments will be waived by your guilty plea here today.  Do you understand?

THE DEFENDANT:  Yes, I do.

THE COURT:  You've told me that you are not a citizen of the United States of America.  You are pleading guilty to a felony, which will result in a felony conviction.  As a result of a felony conviction, it could lead to your deportation or removal from this country.  In the event that you were to seek legal status in this country either through applying for citizenship or a green card, it could result in the denial of those applications.  Do you understand?

THE DEFENDANT:  I do understand.

THE COURT:  Counsel, does your client wave formal reading of the indictment.

MR. FLOOD:  We do, Your Honor.

THE COURT:  Mr. Aguirre, I understand that you are seeking to plead guilty to Count 51 of the indictment, possession with intent to distribute over 500 grams of methamphetamine.  For the government to prove this crime, this is what they must prove beyond a reasonable doubt:  One, that the defendant knowingly possessed a controlled substance; two, that the substance was in fact a controlled substance; three, that the defendant possessed the controlled substance with the

intent to distribute it; and, four, that the quantity of the substance was in this case at least 500 grams of methamphetamine.

For this crime the following penalties apply:  A term of imprisonment of not less than ten years, nor more than life, a fine of up to $10 million, a term of supervised release of at least five years and a 100-dollar special assessment.

I mentioned supervised release as part of the penalties.  Supervised release is what happens after you are released from prison.  You would be subject to certain conditions:  Drug testing, reporting to a probation officer, telling the officer where you live or work or perhaps completing your high school education or getting specific job training.  If you violate the conditions of supervised release, I may put you back in prison without giving you credit for time already served on supervised release before you violated my conditions.  Also if you violate the conditions and I revoke supervised release, I can impose another term of supervised release after you've served the prison time on the original supervised release violation.  If your violation involves new criminal charges, the authorities can prosecute you separately and I can run the time I give you on the original supervised release revocation separate from the punishment on the new crime.  Since you're not a citizen of this country, another condition of supervised release is that you may not illegally

reenter the United States.  If you are deported after serving your sentence and you come back to the United States legally or illegally, you must report to the probation office and tell them that you're here, at which point you will commence a term of active supervised release.  If you enter the United States illegally or if you fail to report to the probation office, you will be violating a condition of supervised release.  I can and will revoke supervised release and send you back to prison on this charge.  Also if you reenter this country illegally and you're caught, the government may charge you with a separate felony of illegal reentry for which you may receive additional years of imprisonment.  Mr. Aguirre, do you understand the nature of the crime to which you're seeking to plead guilty and do you understand the associated range of punishment for this crime?  Do you understand?

THE DEFENDANT:  I do understand:

THE COURT:  Very well.

I now need to determine whether there's a factual basis for your plea.  I'm going to have the government's lawyer summarize the evidence he believes the government will be able to prove at the time of trial.  Please listen very carefully as he does so.

Mr. Leo?

MS. LEO:  Yes, Your Honor.

On April 12, 2021, Mexico-based drug traffickers

Javier Solis-Garcia and Eddie Hernandez negotiated the sale of methamphetamine with a source of information for the Drug Enforcement Administration.  Later that day the defendant called the source of information and informed him that he was calling on behalf of Tio Colo and was instructed to give the source of information 1 kilogram of methamphetamine.

On April 19, 2021, at approximately 4 p.m. the source of information contacted the defendant and arranged for the defendant to meet with an undercover officer at the Chevron gas station located at 9655 Honeywell Street, Houston, Texas.

The undercover purchased 1 kilogram of methamphetamine from the defendant in exchange for $4,700, as directed by Hernandez.  At approximately 5:45 p.m. the source of information contacted the defendant and at the direction of the DA again requested an additional 5 kilograms of methamphetamine.

While maintaining surveillance of the defendant, HPD officers conducted a traffic stop and seized five Ziploc bags containing a crystalized substance consisting of methamphetamine.  The suspected methamphetamine was submitted to the DEA's south central laboratory for analysis and the lab confirmed the substance was methamphetamine with a total approximate weight of 4.9 kilograms.  The defendant possessed methamphetamine, a Schedule II controlled substance, with the intent to deliver or transfer possession of the methamphetamine

to another individual by delivering over 500 grams of methamphetamine to the undercover officer.

THE COURT:  Mr. Aguirre, you've heard the government's lawyer summarize the evidence he believes the government will be able to prove at the time of trial.  Did he make any mistakes in his summary?

THE DEFENDANT:  No.

THE COURT:  Was everything he said, in fact, true and correct?

THE DEFENDANT:  Yes.

THE COURT:  The Court is satisfied that the factual basis provided by the government serves as a factual basis beyond a reasonable doubt for the crime charged in Count 51 of the indictment for purposes of the plea.

Is there a placement plea agreement?

MR. FLOOD:  There is, Your Honor.

THE COURT:  Mr. Leo is there a plea agreement?

MR. LEO:  Yes, Your Honor.

THE COURT:  Mr. Aguirre, have you discussed your plea agreement with your lawyer?

THE DEFENDANT:  Yes.

THE COURT:  Was it translated for you into Spanish?

THE DEFENDANT:  Yes.

THE COURT:  Did I answer all of your questions regarding the plea agreement.

THE DEFENDANT:  Yes.

THE COURT:  I'm going to have the government's lawyer summarize the terms of your plea agreement.  Listen very carefully as he does so.

Counselor.

MR. LEO:  Yes, Your Honor.  The defendant will enter a guilty plea pursuant to Rule 11(c)(1)(A) and (B) of the federal rules of criminal procedure.  The defendant waives his right to appeal his conviction and sentence with the exception of his right to file a crime for ineffective assistance of counsel.

In return the United States agrees to each of the following.  If the defendant pleads guilty to Count 51, the government agrees to dismiss any remaining counts at the time of sentencing.  The government agrees to defer to the Court than on the issue of whether the defendant was a minor participant in the criminal activity under Sentencing Guideline Section 3B1.2(b).  The government is recommending maximum acceptance points.  Also the government recommends a two-level downward adjustment under the safety valve provision.  The United States agrees to recommend a sentence at the low end of the Court's calculated guideline range; and should the defendant's cooperation, in the sole judgment and discretion of the United States, amount to substantial assistance, the United States reserves the right to file a motion for departure.

THE COURT:  Mr. Leo, I apologize.  I was distracted.

What portion of the 11C is the plea agreement being offered under?

MR. LEO:  A and B, Your Honor.

THE COURT:  Very well.

Mr. Aguirre, based on your understanding of the plea agreement, was that a correct summary of the plea agreement?

THE DEFENDANT:  Yes.

THE COURT:  Mr. Flood, as counsel for the defendant, was that a correct summary of the plea agreement?

MR. FLOOD:  Yes, Your Honor.

THE COURT:  Has the plea agreement been executed?

MR. FLOOD:  It has not, Your Honor.

THE COURT:  You may do so at this time.

MR. FLOOD:  The plea agreement has been executed, Your Honor.

THE COURT:  If you will, hand it up, please.

MR. FLOOD:  (Tendering)

THE COURT:  Mr. Aguirre, I've been handed a document that is 15 pages long.  On Page 13 of that document there is a signature line with your name.  Is that your signature on that line?

THE DEFENDANT:  Yes, sir.

THE COURT:  On Page 15 of the document there is another signature line that simply reads "DEFENDANT."  Is that your

signature on that line?

THE DEFENDANT:  Yes.

THE COURT:  Do you understand that if you have an agreement with the government regarding your plea, that agreement has to be in writing in this document for me to enforce that agreement?  Do you understand?

THE DEFENDANT:  Yes, I do understand.

THE COURT:  Said another way, if you have an agreement with the government regarding your plea, if it's not in writing, if it's not in this document, I'm not required to enforce that agreement.  Do you understand?

THE DEFENDANT:  I do understand.

THE COURT:  Very well.

Subject to the receipt and review of the presentence investigation report, the Court hereby accepts the tendered plea agreement.

Mr. Aguirre, have you and your lawyer discussed sentencing?

THE DEFENDANT:  Yes.

THE COURT:  The Sentencing Reform Act of 1984 and the United States Sentencing Commission guidelines will apply to your case.  This is the process.  You and your lawyer will have an opportunity to meet with the probation officer and provide him or her with information about your background and case, and the government will have the same opportunity.  Based upon the

information received, the probation officer will prepare what is known as a presentence investigation report.  We call it a "PSR" for short.  You will receive a copy; the government will receive a copy.  If you believe that the PSR contains any errors, you may object directly to the probation officer, who will then write out what is known as an addendum to the PSR to address those objections.  The probation officer will then send the original PSR, any objections received from you or the government and the addendum to the PSR to me for review.  If your lawyer or the government's lawyer believes there is additional information I need to consider, the lawyers can file pleadings directly with the Court.  I will review everything sent to me.  Everyone will come back to court for a sentencing hearing.  At that sentencing hearing one of the first things I will do is address any objections that have been made to the PSR.

Sir, this is a very important point.  Earlier I said that for the government to convict you at time of trial they must convince a jury of your guilt beyond a reasonable doubt.  That is a high standard of proof.  At a sentencing hearing a lesser standard of proof will be in effect called preponderance of the evidence.  It simply means more likely true than not.  Using this lesser standard of proof I will address and resolve any objections that have been made to the PSR or any other factual dispute as it relates to your case or

background. Once we have done so under the sentencing guidelines, we will be able to calculate for you what is known as total offense level and criminal history category. Under the sentencing guidelines both of those items will receive scores. Those two scores taken in combination will produce a recommended sentence range under the guidelines. As the judge of this Court I have the authority and the discretion to give you a sentence within that recommended sentence range, but I also have the authority and the discretion to give you a sentence below that guideline range or above that guideline range up to the maximum punishment that I described to you earlier. Do you understand?

THE DEFENDANT: I do understand, sir.

THE COURT: The PSR will have information about your personal background, family background, educational background, work history and criminal history if you have any. I will also have any other information that the lawyers have sent me directly. I will again take all that information under consideration. I will then ask the government's lawyer for a recommendation regarding your sentence. I will ask your lawyer for a recommendation regarding your sentence. Most importantly, sir, I will give you the opportunity to address me and tell me anything that you want me to know. Once I have taken in all of that information, I will then determine your sentence. I will announce your sentence. Once I announce your

sentence, if you're unhappy with it, you will not be allowed to withdraw your guilty plea, start over and go through the trial process I've just explained to you.  Do you understand?

THE DEFENDANT:  I do understand.

THE COURT:  Your lawyer in his due diligence to you perhaps explained to you all of what I have explained to you. He might have even calculated what the sentence range will be under the guidelines.  If he did so, he was simply explaining the process to you.  He was not promising you a particular sentence.  Your lawyer does not know what sentence you'll receive.  The government's lawyer does not know.  I'm the judge who will sentence you; and as I sit here today, I do not know what sentence you will receive.  So if you are pleading guilty in expectation of a specific sentence, you are in error.  Do you understand?

THE DEFENDANT:  I do understand.

THE COURT:  I say this for the final time.  If you are unhappy with your sentence, you will not be allowed to withdraw your guilty plea and start over.  Do you understand?

THE DEFENDANT:  I do understand.

THE COURT:  Very well.

Counsel for the government, are there any additional admonishments that should be provided to the defendant before taking his plea?

MR. LEO:  No, Your Honor.

THE COURT:  Counsel for the defense, are there any additional admonishments that should be provided to the defendant before taking his plea?

MR. FLOOD:  No, Your Honor.

THE COURT:  Very well.

Mr. Aguirre, as to Count 51 in the indictment, possession with intent to distribute, how do you plead?  Guilty or not guilty?

THE DEFENDANT:  Guilty.

THE COURT:  Is everything you have told me today completely true and correct.

THE DEFENDANT:  Yes.

THE COURT:  Have you understood my explanations and my questions?

THE DEFENDANT:  Yes.

THE COURT:  Are you making this guilty plea freely and voluntarily?

THE DEFENDANT:  Yes.

THE COURT:  Has anyone forced you, threatened you or harmed you or any other person to get you to plead guilty?

THE DEFENDANT:  No.

THE COURT:  Are you pleading guilty because of any promise made to you other than what is contained in your written plea agreement?

THE DEFENDANT:  No.

THE COURT:  Are you pleading guilty to protect another person from criminal prosecution?

THE DEFENDANT:  No, I'm pleading guilty for my charges.

THE COURT:  Are you pleading guilty because you are in fact guilty?

THE DEFENDANT:  Yes.

THE COURT:  Mr. Flood, do you know of any reason why the defendant should not plead guilty?

MR. FLOOD:  No, Your Honor.

THE COURT:  Do you know of any meritorious defenses that the defendant would have to the count to which he is pleading guilty?

MR. FLOOD:  No, Your Honor.

THE COURT:  I find that the defendant is clearly mentally competent and capable of entering an informed plea.  I find that the plea is supported by independent facts establishing all of the elements of the offense and that the defendant intended to do the acts that he committed.  I find that the defendant's plea of guilty is voluntarily, freely and knowingly made and that the defendant understands the nature of these proceedings and understands the consequences of his plea of guilty.  I find that this is an informed plea.

Mr. Aguirre, I accept your plea of guilty and find you guilty as charged to Count 51 of the indictment.

Counsel, as to the order for presentence

investigation, by May the 5th the initial presentence report must be disclosed to counsel.

Counsel must object in writing by May the 19th.

Sentencing is set for June the 12th, 9:30 a.m.

Mr. Leo, any objection?

MS. LEO:  No, Your Honor.

THE COURT:  Mr. Flood, any objection?

MR. FLOOD:  No, Your Honor.

THE COURT:  The Court has signed the order.

Mr. Leo, anything else from the government?

MR. LEO:  Nothing from the government, Your Honor.

THE COURT:  Mr. Flood, anything from the defense?

MR. FLOOD:  Nothing from the defense, Your Honor.

THE COURT:  The Court notes that the defendant is in custody.  He is remanded to the custody of the deputy U.S. marshals pending sentencing.

Counsel, we are adjourned; and you are excused.

MR. FLOOD:  Thank you.

MR. LEO:  Thank you, Your Honor.

(The proceedings were adjourned.)

* * * * *

COURT REPORTER'S CERTIFICATE

I, David S. Smith, CSR, RPR, CRR, Official Court Reporter, United States District Court, Southern District of Texas, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the

above-entitled and numbered matter.

                                        ___/s/ David S. Smith_____
                                        Official Court Reporter

| $ | 8 |
|---|---|
| **$10** [1] - 11:6 <br> **$4,700** [1] - 13:12 | **800** [1] - 1:18 <br> **8004** [1] - 1:22 |

| / | 9 |
|---|---|
| **/s** [1] - 24:2 | **914** [1] - 1:18 <br> **9655** [1] - 13:10 <br> **9:30** [1] - 23:4 |

**1**

**1** [2] - 13:6, 13:11
**100-dollar** [1] - 11:7
**1000** [1] - 1:15
**11(c)(1)(A** [1] - 15:7
**11C** [1] - 16:1
**12** [4] - 7:16, 7:17, 8:21, 12:25
**12th** [1] - 23:4
**13** [1] - 16:20
**15** [2] - 16:20, 16:24
**19** [1] - 13:7
**1984** [1] - 17:20
**19th** [1] - 23:3

**2**

**2021** [2] - 12:25, 13:7
**2025** [1] - 1:7
**2300** [1] - 1:15

**3**

**3B1.2(b)** [1] - 15:17

**4**

**4** [2] - 1:7, 13:7
**4.9** [1] - 13:23
**42-cr-8128** [1] - 2:2
**4:22-cr-00081-28** [1] - 1:4

**5**

**5** [1] - 13:15
**500** [3] - 10:20, 11:2, 14:1
**51** [5] - 10:19, 14:13, 15:12, 21:6, 22:24
**515** [1] - 1:22
**57** [1] - 3:25
**5:45** [1] - 13:13
**5th** [1] - 23:1

**7**

**77002** [3] - 1:15, 1:18, 1:22

**A**

**a** [83] - 2:18, 2:23, 3:9, 4:5, 4:8, 4:12, 4:13, 5:20, 6:7, 6:12, 7:12, 7:15, 7:18, 7:22, 8:8, 8:14, 8:22, 9:1, 9:6, 9:13, 9:15, 9:17, 9:24, 10:6, 10:7, 10:8, 10:9, 10:12, 10:22, 10:23, 10:24, 11:4, 11:6, 11:7, 11:11, 11:24, 12:4, 12:7, 12:10, 12:18, 13:2, 13:18, 13:19, 13:22, 13:24, 14:12, 14:13, 14:15, 14:17, 15:6, 15:10, 15:15, 15:18, 15:20, 15:24, 16:3, 16:6, 16:10, 16:19, 16:20, 18:2, 18:3, 18:4, 18:13, 18:17, 18:19, 18:20, 18:21, 19:5, 19:8, 19:9, 19:19, 19:21, 20:9, 20:14, 23:24
**a.m** [1] - 23:4
**ability** [1] - 23:24
**able** [3] - 12:20, 14:5, 19:2
**about** [7] - 2:18, 3:19, 5:7, 8:22, 9:24, 17:24, 19:14
**above** [2] - 19:10, 24:1
**above-entitled** [1] - 24:1
**accept** [2] - 9:21, 22:23
**acceptance** [1] - 15:18
**accepts** [1] - 17:15
**Act** [1] - 17:20
**active** [1] - 12:5
**activity** [1] - 15:16
**acts** [1] - 22:18
**actually** [1] - 5:5
**addendum** [2] - 18:6, 18:9

**addicted** [1] - 5:11
**addictions** [2] - 5:16, 5:20
**addition** [2] - 8:2, 9:21
**additional** [5] - 12:11, 13:15, 18:11, 20:23, 21:2
**address** [4] - 18:7, 18:15, 18:24, 19:22
**adjourned** [2] - 23:17, 23:20
**adjudicate** [1] - 9:4
**adjustment** [1] - 15:19
**administered.)** [1] - 2:22
**Administration** [1] - 13:3
**admonishments** [2] - 20:23, 21:2
**advice** [1] - 7:11
**affirmative** [1] - 3:11
**afford** [1] - 7:24
**after** [4] - 3:9, 11:9, 11:19, 12:1
**again** [3] - 3:5, 13:15, 19:18
**against** [4] - 7:4, 8:13, 8:16, 9:4
**agree** [1] - 7:18
**agreement** [18] - 14:15, 14:17, 14:20, 14:25, 15:3, 16:1, 16:6, 16:7, 16:10, 16:12, 16:15, 17:4, 17:5, 17:6, 17:8, 17:11, 17:16, 21:24
**agrees** [4] - 15:11, 15:13, 15:14, 15:20
**Aguirre** [19] - 2:3, 2:8, 2:10, 2:11, 2:13, 2:17, 2:23, 3:23, 7:7, 7:13, 10:18, 12:12, 14:3, 14:19, 16:5, 16:19, 17:17, 21:6, 22:23
**AGUIRRE** [1] - 1:7
**Aguirre-Chavez** [4] - 2:3, 2:11, 2:13, 3:23
**AGUIRRE-CHAVEZ** [1] - 1:7
**alcohol** [2] - 5:12, 6:16
**ALFRED** [1] - 1:10
**all** [11] - 4:16, 6:15, 7:17, 8:20, 9:22, 10:3, 14:24, 19:18, 19:24, 20:6, 22:17
**allowed** [5] - 3:17,

8:11, 9:23, 20:1, 20:18
**already** [1] - 11:16
**also** [5] - 11:17, 12:9, 15:18, 19:9, 19:16
**am** [1] - 6:2
**America** [2] - 4:6, 10:7
**AMERICA** [1] - 1:4
**amount** [1] - 15:23
**an** [18] - 2:15, 3:4, 3:7, 4:13, 7:23, 7:24, 7:25, 8:3, 9:17, 13:9, 13:15, 17:3, 17:8, 17:23, 18:6, 22:15, 22:22
**analysis** [1] - 13:21
**and** [70] - 2:15, 2:24, 3:6, 3:13, 3:18, 4:10, 4:20, 5:6, 5:15, 7:11, 7:24, 8:9, 8:13, 8:14, 8:22, 10:2, 11:1, 11:7, 11:17, 11:22, 12:2, 12:3, 12:7, 12:8, 12:9, 12:13, 13:1, 13:4, 13:5, 13:8, 13:14, 13:18, 13:21, 14:8, 15:7, 15:9, 15:21, 15:22, 16:3, 17:14, 17:17, 17:20, 17:22, 17:23, 17:24, 18:9, 18:24, 19:3, 19:7, 19:9, 19:16, 19:23, 20:2, 20:12, 20:19, 21:11, 21:13, 21:16, 22:15, 22:17, 22:19, 22:20, 22:21, 22:23, 23:17, 23:24, 23:24, 24:1
**announce** [2] - 19:25
**another** [6] - 11:18, 11:24, 14:1, 16:24, 17:8, 22:1
**answer** [3] - 3:11, 4:16, 14:24
**any** [37] - 2:25, 5:1, 5:8, 5:11, 5:17, 5:21, 5:24, 6:3, 6:4, 6:13, 6:16, 8:10, 8:12, 9:8, 9:10, 9:24, 9:25, 10:1, 10:2, 14:5, 15:13, 18:4, 18:8, 18:15, 18:24, 18:25, 19:16, 19:17, 20:22, 21:1, 21:20, 21:22, 22:7, 22:10, 23:5, 23:7
**anyone** [1] - 21:19
**anything** [4] - 6:11, 19:23, 23:10, 23:12
**apologize** [1] - 15:25

**appeal** [1] - 15:9
**appearances** [1] - 2:4
**APPEARANCES** [1] - 1:13
**applications** [1] - 10:13
**apply** [2] - 11:4, 17:21
**applying** [1] - 10:11
**appoint** [1] - 7:25
**approximate** [1] - 13:23
**approximately** [2] - 13:7, 13:13
**April** [2] - 12:25, 13:7
**are** [31] - 2:17, 3:24, 4:5, 4:8, 4:20, 4:22, 5:11, 5:24, 6:3, 7:7, 7:13, 8:19, 8:21, 9:1, 10:6, 10:7, 10:18, 11:9, 12:1, 20:13, 20:14, 20:17, 20:22, 21:1, 21:16, 21:22, 22:1, 22:4, 23:17
**arguments** [1] - 10:3
**arranged** [1] - 13:8
**arrest** [1] - 10:2
**arrested** [1] - 10:1
**as** [29] - 2:24, 3:3, 3:10, 4:13, 5:16, 5:20, 5:21, 6:6, 6:12, 6:14, 8:15, 9:4, 9:8, 10:8, 11:8, 12:21, 13:12, 14:12, 15:4, 16:9, 18:2, 18:6, 18:25, 19:3, 19:6, 20:12, 21:6, 22:24, 22:25
**ask** [4] - 3:9, 8:12, 19:19, 19:20
**asking** [2] - 3:13, 5:7
**assessment** [1] - 11:7
**assistance** [2] - 15:10, 15:23
**associated** [1] - 12:14
**assume** [2] - 3:12, 8:19
**at** [27] - 2:25, 6:15, 7:17, 7:20, 8:3, 8:7, 8:18, 8:20, 9:2, 9:24, 11:2, 11:7, 12:4, 12:21, 13:7, 13:9, 13:10, 13:13, 13:14, 14:5, 15:13, 15:20, 16:14, 18:14, 18:18, 18:20
**attempt** [1] - 3:5
**attend** [1] - 4:3

**attorney** [7] - 7:8, 7:12, 7:23, 7:25, 8:1, 8:3
**Attorney's** [1] - 1:14
**authorities** [1] - 11:21
**authority** [2] - 19:7, 19:9

## B

**B** [2] - 15:7, 16:3
**back** [4] - 11:15, 12:2, 12:8, 18:13
**background** [5] - 17:24, 19:1, 19:15
**bags** [1] - 13:19
**based** [3] - 12:25, 16:5, 17:25
**basis** [3] - 12:19, 14:12
**be** [31] - 3:17, 6:25, 7:13, 7:17, 7:19, 8:1, 8:7, 8:9, 8:11, 8:15, 8:18, 9:7, 9:9, 9:11, 9:16, 9:22, 9:23, 10:3, 11:10, 12:7, 12:20, 14:5, 17:5, 18:21, 19:2, 20:1, 20:7, 20:18, 20:23, 21:2, 23:2
**because** [2] - 21:22, 22:4
**been** [9] - 4:12, 4:14, 4:25, 7:18, 16:12, 16:15, 16:19, 18:15, 18:24
**beer** [1] - 5:15
**BEFORE** [1] - 1:10
**before** [5] - 7:15, 7:17, 11:16, 20:24, 21:3
**beginning** [1] - 8:19
**behalf** [1] - 13:5
**being** [1] - 16:1
**believe** [3] - 6:25, 7:3, 18:4
**believes** [3] - 12:20, 14:4, 18:10
**below** [1] - 19:10
**BENNETT** [1] - 1:10
**best** [1] - 23:24
**between** [1] - 10:2
**beyond** [6] - 7:18, 8:8, 9:13, 10:22, 14:13, 18:19
**both** [1] - 19:4
**bring** [1] - 8:9
**brings** [1] - 8:11
**burden** [2] - 8:7, 9:12

**but** [1] - 19:8
**by** [12] - 1:24, 2:15, 7:14, 9:10, 9:11, 10:3, 13:13, 14:1, 14:12, 22:16, 23:1, 23:3

## C

**C** [1] - 2:1
**calculate** [1] - 19:2
**calculated** [2] - 15:21, 20:7
**call** [2] - 9:9, 18:2
**called** [2] - 13:4, 18:21
**calling** [1] - 13:5
**can** [6] - 4:19, 11:18, 11:21, 11:22, 12:7, 18:11
**capable** [1] - 22:15
**card** [1] - 10:12
**carefully** [2] - 12:21, 15:4
**case** [6] - 4:12, 6:20, 11:2, 17:22, 17:24, 18:25
**category** [1] - 19:3
**caught** [1] - 12:10
**Cause** [1] - 2:2
**central** [1] - 13:21
**certain** [1] - 11:10
**CERTIFICATE** [1] - 23:22
**certify** [1] - 23:24
**charge** [2] - 12:9, 12:10
**charged** [4] - 4:12, 4:20, 14:13, 22:24
**charges** [3] - 7:4, 11:21, 22:3
**Charles** [2] - 1:17, 2:7
**Chavez** [4] - 2:3, 2:11, 2:13, 3:23
**CHAVEZ** [1] - 1:7
**Chevron** [1] - 13:9
**cholesterol** [1] - 5:6
**citizen** [4] - 4:5, 4:8, 10:6, 11:24
**citizens** [1] - 7:16
**citizenship** [1] - 10:12
**clarify** [1] - 3:5
**clearly** [1] - 22:14
**client** [2] - 6:25, 10:15
**client's** [1] - 6:20
**cocaine** [1] - 5:15
**Colo** [1] - 13:5
**combination** [1] -

19:5
**come** [4] - 9:16, 9:18, 12:2, 18:13
**commence** [1] - 12:4
**Commission** [1] - 17:21
**committed** [1] - 22:18
**compelling** [1] - 9:18
**competent** [2] - 7:1, 22:15
**complain** [1] - 9:24
**completely** [1] - 21:11
**completing** [1] - 11:13
**composed** [1] - 7:16
**computer** [1] - 1:25
**condition** [2] - 11:25, 12:7
**conditions** [4] - 11:11, 11:14, 11:17
**conducted** [1] - 13:18
**confirm** [1] - 3:13
**confirmed** [1] - 13:22
**confirming** [1] - 3:10
**confusion** [2] - 5:21, 6:13
**consequences** [1] - 22:21
**consider** [2] - 9:3, 18:11
**consideration** [1] - 19:19
**considered** [1] - 9:8
**consisting** [1] - 13:19
**consult** [1] - 6:22
**contacted** [2] - 13:8, 13:14
**contained** [1] - 21:23
**containing** [1] - 13:19
**contains** [1] - 18:4
**controlled** [4] - 10:23, 10:24, 10:25, 13:24
**convict** [1] - 18:18
**conviction** [3] - 10:8, 10:9, 15:9
**convince** [1] - 18:19
**cooperation** [1] - 15:22
**copy** [2] - 18:3, 18:4
**correct** [7] - 2:12, 2:18, 14:9, 16:6, 16:10, 21:11, 23:24
**could** [5] - 7:17,

8:15, 9:3, 10:9, 10:12
**counsel** [11] - 2:4, 2:15, 10:15, 15:10, 16:9, 20:22, 21:1, 22:25, 23:2, 23:3, 23:17
**Counselor** [1] - 15:5
**counselor** [1] - 6:19
**count** [1] - 22:11
**Count** [5] - 10:19, 14:13, 15:12, 21:6, 22:24
**country** [5] - 4:8, 10:10, 10:11, 11:24, 12:9
**counts** [1] - 15:13
**COURT** [90] - 1:1, 2:2, 2:9, 2:11, 2:14, 2:23, 3:3, 3:9, 3:16, 3:21, 3:24, 4:1, 4:3, 4:5, 4:8, 4:10, 4:12, 4:16, 4:19, 4:22, 4:24, 5:3, 5:7, 5:11, 5:14, 5:16, 5:20, 5:24, 6:3, 6:6, 6:9, 6:12, 6:16, 6:19, 6:22, 6:25, 7:3, 7:6, 7:10, 7:22, 8:7, 8:18, 8:25, 9:6, 9:21, 10:6, 10:15, 10:18, 12:17, 14:3, 14:8, 14:11, 14:17, 14:19, 14:22, 14:24, 15:2, 15:25, 16:4, 16:9, 16:12, 16:14, 16:17, 16:19, 16:24, 17:3, 17:8, 17:13, 17:20, 19:14, 20:5, 20:17, 20:21, 21:1, 21:5, 21:10, 21:13, 21:16, 21:19, 21:22, 22:1, 22:4, 22:7, 22:10, 22:14, 23:7, 23:9, 23:12, 23:14, 23:22
**court** [4] - 9:16, 9:18, 9:24, 18:13
**Court** [16] - 1:20, 1:20, 1:21, 7:10, 7:25, 9:17, 14:11, 15:14, 17:15, 18:12, 19:7, 23:9, 23:14, 23:23, 24:2
**Court's** [1] - 15:21
**create** [2] - 5:21, 6:13
**credit** [1] - 11:15
**crime** [8] - 4:13, 10:21, 11:4, 11:24, 12:13, 12:15, 14:13, 15:10
**criminal** [6] - 11:21,

15:8, 15:16, 19:3, 19:16, 22:2
**cross** [2] - 8:11, 9:10
**cross-examination** [1] - 9:10
**cross-examine** [1] - 8:11
**CRR** [2] - 1:20, 23:23
**crystalized** [1] - 13:19
**CSR** [2] - 1:20, 23:23
**currently** [1] - 6:3
**custody** [2] - 23:15

## D

**D** [1] - 2:1
**DA** [1] - 13:15
**David** [3] - 1:20, 23:23, 24:2
**david.smith@txs. uscourts.gov** [1] - 1:23
**day** [1] - 13:3
**days** [2] - 6:4, 6:17
**DEA's** [1] - 13:21
**decide** [1] - 9:2
**decision** [1] - 9:3
**defects** [1] - 9:22
**DEFENDANT** [66] - 1:17, 2:10, 2:12, 2:19, 3:2, 3:8, 3:15, 3:20, 3:23, 3:25, 4:2, 4:4, 4:7, 4:9, 4:11, 4:15, 4:18, 4:21, 4:23, 5:2, 5:5, 5:10, 5:13, 5:15, 5:19, 5:23, 6:2, 6:5, 6:8, 6:10, 6:15, 6:18, 7:9, 7:21, 8:5, 8:17, 8:24, 9:5, 9:20, 10:5, 10:14, 12:16, 14:7, 14:10, 14:21, 14:23, 15:1, 16:8, 16:23, 16:25, 17:2, 17:7, 17:12, 17:19, 19:13, 20:4, 20:16, 20:20, 21:9, 21:12, 21:15, 21:18, 21:21, 21:25, 22:3, 22:6
**defendant** [25] - 2:14, 7:3, 7:10, 10:23, 10:25, 13:3, 13:8, 13:9, 13:12, 13:14, 13:17, 13:23, 15:6, 15:8, 15:12, 15:15, 16:9, 20:24, 21:3, 22:8, 22:11, 22:14, 22:18, 22:20, 23:14
**defendant's** [2] - 15:22, 22:19

**defense** [7] - 9:1, 9:7, 9:12, 9:14, 21:1, 23:12, 23:13
**defenses** [1] - 22:10
**defer** [1] - 15:14
**delays** [1] - 10:2
**deliver** [1] - 13:25
**delivering** [1] - 14:1
**denial** [1] - 10:12
**departure** [1] - 15:24
**deportation** [1] - 10:9
**deported** [1] - 12:1
**deputy** [1] - 23:15
**described** [1] - 19:11
**determination** [1] - 8:14
**determine** [2] - 12:18, 19:24
**diabetes** [4] - 5:6, 6:5, 6:6, 6:13
**did** [8] - 4:1, 4:3, 4:16, 9:15, 9:25, 14:5, 14:24, 20:8
**diligence** [1] - 20:5
**directed** [1] - 13:13
**direction** [1] - 13:14
**directly** [3] - 18:5, 18:12, 19:18
**disclosed** [1] - 23:2
**discretion** [3] - 15:22, 19:7, 19:9
**discussed** [2] - 14:19, 17:17
**dismiss** [1] - 15:13
**dispute** [1] - 18:25
**distracted** [1] - 15:25
**distribute** [4] - 4:23, 10:20, 11:1, 21:7
**District** [5] - 1:21, 1:21, 7:16, 23:23
**DISTRICT** [3] - 1:1, 1:1, 1:10
**DIVISION** [1] - 1:2
**do** [66] - 3:1, 3:2, 3:4, 3:7, 3:8, 3:14, 3:15, 3:19, 3:20, 4:10, 4:11, 4:25, 5:3, 5:8, 5:16, 5:17, 5:19, 5:21, 6:25, 7:2, 7:3, 7:5, 7:15, 7:20, 7:21, 8:4, 8:5, 8:16, 8:17, 8:22, 8:24, 9:4, 9:5, 9:6, 9:7, 9:18, 10:4, 10:5, 10:13, 10:14, 10:17, 12:12, 12:14, 12:15, 12:16, 16:14, 17:3, 17:6, 17:7, 17:11, 17:12, 18:15, 19:12, 19:13, 20:3, 20:4,

20:12, 20:14, 20:16, 20:19, 20:20, 21:7, 22:7, 22:10, 22:18, 23:24
**Do** [1] - 3:10
**document** [6] - 4:13, 16:19, 16:20, 16:24, 17:5, 17:10
**does** [6] - 6:13, 10:15, 12:22, 15:4, 20:10, 20:11
**done** [1] - 19:1
**dosage** [1] - 6:7
**doubt** [7] - 7:19, 8:8, 8:22, 9:13, 10:22, 14:13, 18:20
**downward** [1] - 15:19
**drug** [4] - 5:11, 5:14, 11:11, 12:25
**Drug** [1] - 13:2
**drugs** [1] - 6:16
**due** [1] - 20:5

## E

**E** [2] - 2:1
**each** [2] - 3:9, 15:11
**earlier** [2] - 18:17, 19:12
**Eddie** [1] - 13:1
**education** [1] - 11:13
**educational** [1] - 19:15
**effect** [1] - 18:21
**either** [1] - 10:11
**elements** [1] - 22:17
**else** [1] - 23:10
**emotional** [3] - 5:1, 5:3, 5:8
**end** [2] - 8:20, 15:20
**enforce** [2] - 17:6, 17:11
**Enforcement** [1] - 13:3
**English** [1] - 4:10
**enter** [3] - 7:12, 12:5, 15:6
**entering** [2] - 2:18, 22:15
**entitled** [2] - 9:17, 24:1
**error** [1] - 20:14
**errors** [1] - 18:5
**establish** [2] - 8:8, 8:10
**establishing** [3] - 9:13, 9:15, 22:17
**even** [2] - 9:11, 20:7
**event** [1] - 10:10

**everyone** [1] - 18:13
**everything** [3] - 14:8, 18:12, 21:10
**evidence** [10] - 8:10, 8:12, 8:14, 8:15, 8:21, 9:7, 9:10, 12:20, 14:4, 18:22
**examination** [1] - 9:10
**examine** [1] - 8:11
**exception** [1] - 15:9
**exchange** [1] - 13:12
**excused** [1] - 23:17
**executed** [2] - 16:12, 16:15
**expectation** [1] - 20:14
**explain** [2] - 3:19, 9:2
**explained** [3] - 20:3, 20:6
**explaining** [1] - 20:8
**explanation** [4] - 3:4, 3:7, 3:9, 3:13
**explanations** [2] - 3:3, 21:13

## F

**fact** [5] - 8:15, 8:21, 10:24, 14:8, 22:5
**facts** [1] - 22:16
**factual** [4] - 12:18, 14:11, 14:12, 18:25
**fail** [1] - 12:6
**family** [1] - 19:15
**far** [1] - 4:1
**federal** [1] - 15:7
**felony** [4] - 10:8, 10:9, 12:11
**few** [1] - 2:23
**file** [3] - 15:10, 15:24, 18:11
**final** [3] - 3:17, 7:7, 20:17
**find** [6] - 8:21, 22:14, 22:16, 22:18, 22:22, 22:24
**finds** [1] - 7:10
**fine** [3] - 5:10, 6:2, 11:6
**first** [2] - 2:24, 18:14
**five** [2] - 11:7, 13:18
**Flood** [8] - 1:17, 1:17, 2:7, 16:9, 22:7, 23:7, 23:12
**FLOOD** [17] - 2:7, 6:21, 6:24, 7:2, 7:5, 10:17, 14:16, 16:11, 16:13, 16:15, 16:18,

21:4, 22:9, 22:13, 23:8, 23:13, 23:18
**following** [2] - 11:4, 15:12
**for** [42] - 2:4, 2:5, 2:8, 2:16, 2:25, 4:14, 4:25, 5:21, 6:13, 7:24, 8:1, 10:11, 10:21, 11:4, 11:15, 12:11, 12:14, 12:19, 13:2, 13:8, 13:12, 13:21, 14:13, 14:14, 14:22, 15:10, 15:24, 16:9, 17:5, 18:3, 18:9, 18:13, 18:18, 19:2, 19:19, 19:21, 20:17, 20:22, 21:1, 22:3, 22:25, 23:4
**FOR** [2] - 1:14, 1:17
**forced** [1] - 21:19
**foregoing** [1] - 23:24
**foremost** [1] - 2:24
**formal** [1] - 10:15
**forth** [2] - 8:9, 8:11
**found** [2] - 7:17, 7:20
**four** [1] - 11:1
**freely** [2] - 21:16, 22:19
**from** [17] - 5:1, 5:4, 5:8, 5:25, 8:21, 10:1, 10:10, 11:10, 11:23, 13:12, 18:8, 22:2, 23:10, 23:11, 23:12, 23:13, 23:25
**full** [1] - 3:22

## G

**G** [1] - 2:1
**Garcia** [1] - 13:1
**gas** [1] - 13:10
**get** [2] - 8:13, 21:20
**getting** [1] - 11:13
**give** [5] - 11:22, 13:5, 19:7, 19:9, 19:22
**giving** [1] - 11:15
**go** [6] - 2:24, 3:18, 4:1, 7:23, 8:3, 20:2
**going** [3] - 3:12, 12:19, 15:2
**good** [2] - 2:5, 2:7
**GOVERNMENT** [1] - 1:14
**government** [25] - 8:9, 8:11, 8:12, 9:10, 9:11, 9:12, 9:25, 10:21, 12:10, 12:20, 14:4, 14:12, 15:13, 15:14, 15:17, 15:18, 17:4, 17:9, 17:25,

18:3, 18:9, 18:18, 20:22, 23:10, 23:11
**government's** [7] - 9:8, 12:19, 14:3, 15:2, 18:10, 19:19, 20:11
**grams** [3] - 10:20, 11:2, 14:1
**green** [1] - 10:12
**ground** [1] - 2:23
**Guideline** [1] - 15:16
**guideline** [3] - 15:21, 19:10
**guidelines** [5] - 17:21, 19:2, 19:4, 19:6, 20:8
**guilt** [7] - 3:16, 8:8, 8:10, 8:22, 9:4, 9:13, 18:19
**guilty** [41] - 2:18, 3:16, 3:18, 4:20, 4:22, 7:12, 7:14, 7:15, 7:17, 7:18, 7:20, 8:2, 8:6, 8:20, 8:21, 9:22, 10:4, 10:7, 10:19, 12:13, 15:7, 15:12, 20:2, 20:13, 20:19, 21:7, 21:8, 21:9, 21:16, 21:20, 21:22, 22:1, 22:3, 22:4, 22:5, 22:8, 22:12, 22:19, 22:22, 22:23, 22:24

## H

**H** [1] - 1:10
**had** [7] - 5:16, 6:4, 6:7, 6:16, 6:19, 6:22, 9:15
**hand** [2] - 2:21, 16:17
**handed** [1] - 16:19
**happening** [4] - 5:18, 5:22, 5:25, 6:14
**happens** [1] - 11:9
**harmed** [1] - 21:20
**has** [9] - 2:15, 4:13, 8:22, 16:12, 16:13, 16:15, 17:5, 21:19, 23:9
**have** [40] - 2:11, 4:12, 4:25, 6:16, 6:19, 6:22, 7:14, 7:15, 7:18, 7:22, 7:23, 7:25, 8:2, 8:25, 9:7, 9:17, 12:19, 14:19, 15:2, 17:3, 17:8, 17:17, 17:22, 17:25, 18:15, 18:24, 19:1, 19:7, 19:9, 19:14, 19:16, 19:17, 19:23, 20:6, 20:7,

21:10, 21:13, 22:11
**haven't** [1] - 6:10
**he** [15] - 2:15, 12:20, 12:22, 13:4, 14:4, 14:5, 14:8, 15:4, 20:7, 20:8, 20:9, 22:11, 22:18, 23:15
**heard** [1] - 14:3
**HEARD** [1] - 1:10
**hearing** [5] - 2:25, 3:6, 18:14, 18:21
**held** [1] - 9:14
**her** [1] - 17:24
**here** [8] - 3:16, 5:18, 6:1, 6:14, 6:20, 10:4, 12:4, 20:12
**hereby** [2] - 17:15, 23:24
**Hernandez** [2] - 13:1, 13:13
**high** [2] - 11:13, 18:20
**him** [5] - 2:16, 6:23, 7:4, 13:4, 17:24
**hire** [1] - 7:24
**his** [9] - 7:11, 14:6, 15:8, 15:9, 20:5, 20:24, 21:3, 22:21
**history** [3] - 19:3, 19:16
**Honeywell** [1] - 13:10
**Honor** [27] - 2:6, 2:7, 2:12, 4:2, 6:21, 6:24, 7:2, 7:5, 9:20, 10:17, 12:24, 14:16, 14:18, 15:6, 16:3, 16:11, 16:13, 16:16, 20:25, 21:4, 22:9, 22:13, 23:6, 23:8, 23:11, 23:13, 23:19
**HONORABLE** [1] - 1:10
**HOUSTON** [2] - 1:2, 1:5
**Houston** [4] - 1:15, 1:18, 1:22, 13:10
**how** [3] - 3:24, 4:1, 21:7
**however** [1] - 9:6
**HPD** [1] - 13:18

## I

**I** [73] - 2:1, 2:11, 2:17, 3:2, 3:3, 3:5, 3:8, 3:9, 3:15, 3:20, 4:11, 5:19, 6:2, 6:10, 7:2, 7:5, 7:21, 8:5, 8:13, 8:17, 8:24, 9:2,

9:5, 9:21, 10:5, 10:14, 10:18, 11:8, 11:15, 11:17, 11:18, 11:22, 12:7, 12:16, 12:18, 14:24, 15:25, 17:7, 17:12, 18:11, 18:12, 18:14, 18:17, 18:23, 19:7, 19:8, 19:11, 19:13, 19:16, 19:18, 19:19, 19:20, 19:22, 19:23, 19:24, 19:25, 20:4, 20:6, 20:12, 20:16, 20:17, 20:20, 22:14, 22:15, 22:18, 22:22, 22:23, 23:23
**I'm** [9] - 3:12, 3:18, 5:7, 5:10, 12:19, 15:2, 17:10, 20:11, 22:3
**I've** [2] - 16:19, 20:3
**if** [32] - 3:4, 3:11, 3:16, 7:15, 7:19, 7:22, 7:24, 9:2, 9:6, 9:11, 9:15, 9:21, 11:14, 11:17, 11:20, 12:1, 12:5, 12:6, 12:9, 15:12, 16:17, 17:3, 17:8, 17:9, 17:10, 18:4, 18:9, 19:16, 20:1, 20:8, 20:13, 20:17
**II** [1] - 13:24
**illegal** [2] - 6:16, 12:11
**illegally** [4] - 11:25, 12:3, 12:6, 12:9
**illness** [3] - 5:1, 5:3, 5:8
**impair** [1] - 5:17
**important** [1] - 18:17
**importantly** [1] - 19:22
**impose** [1] - 11:18
**imprisonment** [2] - 11:5, 12:12
**in** [51] - 3:1, 3:6, 3:11, 4:1, 4:12, 4:13, 4:19, 5:12, 5:13, 5:17, 5:24, 6:4, 6:13, 6:17, 8:2, 8:15, 8:21, 9:8, 9:13, 9:21, 9:22, 10:8, 10:10, 10:11, 10:12, 10:24, 11:2, 11:15, 13:12, 14:6, 14:8, 14:13, 15:11, 15:16, 15:22, 17:5, 17:9, 17:10, 18:21, 19:5, 19:24, 20:5, 20:14, 21:6, 21:23, 22:4, 23:3, 23:14, 23:25
**including** [1] - 5:11

**independent** [1] - 22:16
**indictment** [8] - 4:13, 4:14, 4:17, 10:16, 10:19, 14:14, 21:6, 22:24
**individual** [1] - 14:1
**ineffective** [1] - 15:10
**information** [12] - 13:2, 13:4, 13:6, 13:8, 13:14, 17:24, 18:1, 18:11, 19:14, 19:17, 19:18, 19:24
**informed** [3] - 13:4, 22:15, 22:22
**initial** [1] - 23:1
**innocence** [1] - 9:15
**innocent** [2] - 8:18, 8:20
**instructed** [1] - 13:5
**intelligently** [1] - 7:11
**intended** [1] - 22:18
**intent** [5] - 4:23, 10:20, 11:1, 13:25, 21:7
**interpret** [1] - 2:16
**interpreter** [1] - 2:16
**into** [2] - 4:14, 14:22
**introduce** [1] - 8:13
**investigate** [1] - 6:20
**investigation** [3] - 17:15, 18:2, 23:1
**involves** [1] - 11:20
**is** [46] - 2:9, 2:15, 2:18, 3:17, 5:8, 5:18, 5:21, 5:25, 6:6, 6:14, 7:19, 9:14, 10:22, 11:9, 11:25, 14:11, 14:15, 14:16, 14:17, 15:17, 16:1, 16:20, 16:21, 16:24, 16:25, 17:22, 18:2, 18:6, 18:10, 18:15, 18:17, 18:20, 19:2, 21:10, 21:23, 22:11, 22:14, 22:16, 22:19, 22:22, 23:4, 23:14, 23:15, 23:24
**issue** [2] - 9:17, 15:15
**it** [11] - 6:7, 10:9, 10:12, 11:1, 14:22, 16:13, 16:17, 18:2, 18:22, 18:25, 20:1
**it's** [2] - 17:9, 17:10
**items** [1] - 19:4

## J

**Jaime** [5] - 2:3, 2:10, 2:11, 2:13, 3:23
**JAIME** [1] - 1:7
**James** [1] - 1:14
**Javier** [1] - 13:1
**Jimmy** [1] - 2:5
**job** [1] - 11:13
**judge** [2] - 19:6, 20:11
**JUDGE** [1] - 1:10
**judgment** [1] - 15:22
**June** [1] - 23:4
**juror** [1] - 8:22
**jurors** [3] - 7:17, 7:19, 8:21
**jury** [4] - 7:16, 8:19, 9:2, 18:19
**just** [2] - 5:5, 20:3

## K

**KAPLAN** [1] - 2:20
**kilogram** [2] - 13:6, 13:11
**kilograms** [2] - 13:15, 13:23
**know** [6] - 19:23, 20:10, 20:11, 20:12, 22:7, 22:10
**knowingly** [3] - 7:11, 10:23, 22:20
**known** [4] - 4:13, 18:2, 18:6, 19:2

## L

**lab** [1] - 13:21
**laboratory** [1] - 13:21
**lack** [1] - 8:1
**last** [5] - 6:4, 6:7, 6:10, 6:12, 6:17
**later** [2] - 9:24, 13:3
**law** [1] - 8:14
**lawyer** [16] - 3:1, 3:6, 4:16, 12:19, 14:4, 14:20, 15:2, 17:17, 17:22, 18:10, 19:19, 19:20, 20:5, 20:10, 20:11
**lawyers** [2] - 18:11, 19:17
**lead** [1] - 10:9
**least** [2] - 11:2, 11:7
**legal** [6] - 2:15, 3:4, 3:22, 10:2, 10:3, 10:11
**legally** [1] - 12:2

**Leo** [8] - 1:14, 2:5, 12:23, 14:17, 15:25, 23:5, 23:10
**LEO** [9] - 2:5, 12:24, 14:18, 15:6, 16:3, 20:25, 23:6, 23:11, 23:19
**less** [1] - 11:5
**lesser** [2] - 18:21, 18:23
**let** [2] - 2:14, 5:7
**level** [2] - 15:18, 19:3
**life** [1] - 11:6
**likely** [1] - 18:22
**line** [4] - 16:21, 16:22, 16:25, 17:1
**listen** [2] - 12:21, 15:3
**live** [1] - 11:12
**located** [1] - 13:10
**long** [1] - 16:20
**Louisiana** [1] - 1:15
**low** [1] - 15:20

## M

**made** [4] - 18:15, 18:24, 21:23, 22:20
**maintaining** [1] - 13:17
**make** [2] - 8:14, 14:5
**making** [1] - 21:16
**manner** [1] - 9:8
**MARCH** [1] - 1:7
**marshals** [1] - 23:16
**matter** [1] - 24:1
**maximum** [2] - 15:17, 19:11
**may** [9] - 2:24, 3:5, 8:20, 11:15, 11:25, 12:10, 12:11, 16:14, 18:5
**May** [2] - 23:1, 23:3
**me** [13] - 3:5, 3:22, 4:19, 5:7, 10:6, 17:5, 18:9, 18:13, 19:17, 19:22, 19:23, 21:10
**meaning** [3] - 3:17, 8:3, 9:8
**means** [3] - 9:1, 9:23, 18:22
**meant** [1] - 3:12
**mechanical** [1] - 1:24
**medication** [3] - 6:3, 6:4, 6:6
**medicine** [1] - 6:12
**meet** [2] - 13:9, 17:23
**mental** [3] - 5:1, 5:3,

5:8

**mentally** [2] - 6:25, 22:15

**mentioned** [1] - 11:8

**meritorious** [1] - 22:10

**methamphetamine** [12] - 10:21, 11:3, 13:2, 13:6, 13:12, 13:16, 13:20, 13:22, 13:24, 13:25, 14:2

**Mexico** [2] - 4:4, 12:25

**Mexico-based** [1] - 12:25

**Michoacán** [1] - 4:9

**might** [1] - 20:7

**million** [1] - 11:6

**mind** [1] - 6:13

**minor** [1] - 15:15

**mistakes** [1] - 14:6

**money** [1] - 8:1

**more** [3] - 7:19, 11:5, 18:22

**morning** [3] - 2:6, 2:7, 2:18

**most** [1] - 19:21

**motion** [1] - 15:24

**MR** [25] - 2:5, 2:7, 2:20, 6:21, 6:24, 7:2, 7:5, 10:17, 14:16, 14:18, 15:6, 16:3, 16:11, 16:13, 16:15, 16:18, 20:25, 21:4, 22:9, 22:13, 23:8, 23:11, 23:13, 23:18, 23:19

**Mr** [25] - 1:14, 1:17, 2:8, 2:17, 2:23, 7:7, 7:13, 10:18, 12:12, 12:23, 14:3, 14:17, 14:19, 15:25, 16:5, 16:9, 16:19, 17:17, 21:6, 22:7, 22:23, 23:5, 23:7, 23:10, 23:12

**MS** [2] - 12:24, 23:6

**must** [7] - 7:17, 8:19, 10:22, 12:3, 18:19, 23:2, 23:3

**my** [5] - 11:16, 21:13, 22:3, 23:24

# N

**N** [1] - 2:1

**name** [3] - 2:9, 3:22, 16:21

**nature** [3] - 7:4, 12:13, 22:20

**need** [2] - 12:18, 18:11

**negotiated** [1] - 13:1

**new** [2] - 11:20, 11:23

**next** [1] - 3:3

**night** [2] - 6:10, 6:13

**no** [17] - 4:7, 5:10, 5:23, 6:2, 6:5, 6:18, 8:22, 14:7, 20:25, 21:4, 21:21, 21:25, 22:3, 22:9, 22:13, 23:6, 23:8

**nonjurisdictional** [1] - 9:22

**nor** [1] - 11:5

**not** [36] - 3:4, 3:17, 4:11, 5:5, 5:17, 5:19, 6:15, 7:14, 7:19, 7:20, 8:1, 8:15, 8:20, 9:1, 9:3, 9:14, 9:15, 9:23, 10:6, 11:5, 11:24, 11:25, 16:13, 17:9, 17:10, 18:23, 20:1, 20:9, 20:10, 20:11, 20:12, 20:18, 21:8, 22:8

**notes** [1] - 23:14

**nothing** [2] - 23:11, 23:13

**now** [3] - 5:8, 5:12, 12:18

**Number** [1] - 2:2

**numbered** [1] - 24:1

# O

**O** [1] - 2:1

**oath** [1] - 2:22

**object** [3] - 8:13, 18:5, 23:3

**objection** [3] - 9:11, 23:5, 23:7

**objections** [4] - 18:7, 18:8, 18:15, 18:24

**of** [114] - 1:21, 3:3, 4:5, 4:8, 4:16, 5:8, 5:20, 6:7, 6:12, 7:4, 7:11, 7:16, 7:20, 8:12, 8:14, 8:19, 9:12, 9:14, 9:21, 10:7, 10:9, 10:12, 10:16, 10:19, 10:20, 11:1, 11:2, 11:5, 11:6, 11:7, 11:8, 11:14, 11:18, 11:24, 11:25, 12:5, 12:7, 12:11, 12:12, 12:13, 12:14, 12:21, 13:1, 13:2, 13:4, 13:5, 13:6, 13:8, 13:11, 13:14, 13:15, 13:17, 13:19, 13:23, 13:25, 14:1, 14:5, 14:13, 14:14, 14:24, 15:3, 15:7, 15:8, 15:9, 15:10, 15:11, 15:14, 15:15, 15:20, 15:22, 16:1, 16:5, 16:6, 16:10, 16:20, 16:24, 17:14, 17:20, 18:14, 18:18, 18:19, 18:20, 18:21, 18:22, 18:23, 19:4, 19:7, 19:24, 20:6, 20:14, 21:22, 22:7, 22:10, 22:15, 22:17, 22:19, 22:20, 22:21, 22:22, 22:23, 22:24, 23:15, 23:24, 23:24, 23:25

**OF** [3] - 1:1, 1:4, 1:9

**offense** [2] - 19:3, 22:17

**offer** [4] - 9:1, 9:6, 9:10, 9:12

**offered** [1] - 16:1

**Office** [1] - 1:14

**office** [2] - 12:3, 12:6

**officer** [8] - 11:11, 11:12, 13:9, 14:2, 17:23, 18:1, 18:5, 18:7

**officers** [1] - 13:18

**Official** [4] - 1:20, 1:20, 23:23, 24:2

**okay** [1] - 6:9

**old** [2] - 3:24, 3:25

**on** [16] - 6:3, 8:7, 11:16, 11:19, 11:22, 11:23, 12:8, 12:25, 13:5, 13:7, 15:15, 16:5, 16:20, 16:21, 16:24, 17:1

**once** [3] - 19:1, 19:23, 19:25

**one** [4] - 7:7, 7:19, 10:22, 18:14

**only** [1] - 6:5

**opportunity** [3] - 17:23, 17:25, 19:22

**or** [36] - 3:5, 4:25, 5:1, 5:3, 5:8, 5:12, 6:4, 6:16, 7:19, 7:24, 8:1, 8:15, 9:1, 9:14, 9:24, 9:25, 10:1, 10:2, 10:9, 10:12, 11:12, 11:13, 12:2, 12:6, 13:25, 17:24, 18:8, 18:10, 18:25, 19:10, 21:8, 21:19, 21:20

**order** [3] - 9:17,

22:25, 23:9

**original** [3] - 11:19, 11:22, 18:8

**other** [5] - 9:13, 18:25, 19:17, 21:20, 21:23

**out** [2] - 7:23, 18:6

**over** [5] - 3:18, 10:20, 14:1, 20:2, 20:19

**own** [1] - 4:19

# P

**P** [1] - 2:1

**p.m** [2] - 13:7, 13:13

**Page** [2] - 16:20, 16:24

**pages** [1] - 16:20

**part** [1] - 11:8

**participant** [1] - 15:16

**particular** [1] - 20:9

**past** [2] - 5:12, 5:13

**pay** [1] - 7:24

**penalties** [2] - 11:4, 11:9

**pending** [2] - 7:4, 23:16

**perhaps** [2] - 11:12, 20:6

**person** [2] - 21:20, 22:2

**personal** [1] - 19:15

**persuaded** [1] - 7:19

**placement** [1] - 14:15

**plea** [34] - 2:18, 3:18, 7:12, 9:21, 10:4, 12:19, 14:14, 14:15, 14:17, 14:19, 14:25, 15:3, 15:7, 16:1, 16:6, 16:10, 16:12, 16:15, 17:4, 17:9, 17:16, 20:2, 20:19, 20:24, 21:3, 21:16, 21:24, 22:15, 22:16, 22:19, 22:21, 22:22, 22:23

**plead** [10] - 3:16, 4:20, 4:22, 7:14, 8:5, 10:19, 12:13, 21:7, 21:20, 22:8

**pleading** [9] - 7:14, 8:2, 10:7, 20:13, 21:22, 22:1, 22:3, 22:4, 22:12

**pleadings** [1] - 18:12

**pleads** [1] - 15:12

**please** [5] - 2:20, 3:5, 3:22, 12:21, 16:17

**point** [2] - 12:4, 18:17

**points** [1] - 15:18

**police** [1] - 9:25

**portion** [1] - 16:1

**possessed** [3] - 10:23, 10:25, 13:23

**possession** [4] - 4:23, 10:20, 13:25, 21:7

**prepare** [1] - 18:1

**preponderance** [1] - 18:22

**present** [1] - 2:15

**presentence** [4] - 17:15, 18:2, 22:25, 23:1

**Preston** [1] - 1:18

**presumed** [1] - 8:18

**prevent** [1] - 5:25

**prison** [4] - 11:10, 11:15, 11:19, 12:8

**private** [2] - 3:1, 3:6

**probation** [7] - 11:11, 12:3, 12:6, 17:23, 18:1, 18:5, 18:7

**problem** [1] - 5:1

**procedure** [1] - 15:8

**proceeding** [1] - 10:3

**PROCEEDINGS** [1] - 1:9

**proceedings** [4] - 2:16, 22:21, 23:20, 23:25

**Proceedings** [1] - 1:24

**process** [5] - 2:24, 3:18, 17:22, 20:3, 20:9

**produce** [1] - 19:5

**produced** [1] - 1:25

**promise** [1] - 21:23

**promising** [1] - 20:9

**proof** [3] - 18:20, 18:21, 18:23

**prosecute** [1] - 11:21

**prosecution** [2] - 9:23, 22:2

**protect** [1] - 22:1

**prove** [4] - 10:21, 10:22, 12:21, 14:5

**proven** [1] - 7:18

**provide** [2] - 3:3, 17:23

**provided** [3] - 14:12, 20:23, 21:2

**proving** [1] - 9:14

**provision** [1] - 15:19

**PSR** [8] - 18:3, 18:4, 18:6, 18:8, 18:9, 18:16, 18:25, 19:14
**psychological** [1] - 5:1
**punishment** [3] - 11:23, 12:14, 19:11
**purchased** [1] - 13:11
**purposes** [1] - 14:14
**pursuant** [1] - 15:7
**put** [1] - 11:15

## Q

**quantity** [1] - 11:1
**question** [4] - 3:10, 3:11, 3:13, 7:7
**questions** [4] - 4:17, 8:12, 14:24, 21:14

## R

**R** [1] - 2:1
**raise** [1] - 2:20
**range** [7] - 12:14, 15:21, 19:6, 19:8, 19:10, 19:11, 20:7
**read** [1] - 4:10
**reading** [1] - 10:16
**reads** [1] - 16:25
**REARRAIGNMENT** [1] - 1:9
**reask** [1] - 5:7
**reason** [3] - 2:25, 8:2, 22:7
**reasonable** [7] - 7:18, 8:8, 8:22, 9:13, 10:22, 14:13, 18:19
**receipt** [1] - 17:14
**receive** [7] - 3:7, 12:11, 18:3, 18:4, 19:4, 20:11, 20:13
**received** [2] - 18:1, 18:8
**recommend** [1] - 15:20
**recommendation** [2] - 19:20, 19:21
**recommended** [2] - 19:6, 19:8
**recommending** [1] - 15:17
**recommends** [1] - 15:18
**record** [3] - 2:4, 2:14, 23:25
**recorded** [1] - 1:24
**reenter** [2] - 12:1, 12:9

**reentry** [1] - 12:11
**reflect** [1] - 2:14
**Reform** [1] - 17:20
**regarding** [6] - 4:17, 14:25, 17:4, 17:9, 19:20, 19:21
**relates** [1] - 18:25
**release** [13] - 11:6, 11:8, 11:9, 11:14, 11:16, 11:18, 11:19, 11:20, 11:23, 11:25, 12:5, 12:7, 12:8
**released** [1] - 11:10
**remain** [2] - 8:25, 9:3
**remaining** [1] - 15:13
**remanded** [1] - 23:15
**removal** [1] - 10:10
**report** [5] - 12:3, 12:6, 17:15, 18:2, 23:1
**Reporter** [4] - 1:20, 1:20, 23:23, 24:2
**REPORTER'S** [1] - 23:22
**reporting** [1] - 11:11
**represent** [2] - 7:23, 8:3
**represented** [1] - 2:15
**requested** [1] - 13:15
**required** [3] - 8:9, 9:1, 17:10
**reserves** [1] - 15:24
**resolve** [1] - 18:24
**result** [5] - 5:20, 6:12, 10:8, 10:12
**retain** [1] - 9:12
**return** [1] - 15:11
**review** [3] - 17:14, 18:9, 18:12
**revocation** [1] - 11:23
**revoke** [2] - 11:17, 12:8
**right** [11] - 2:21, 7:14, 7:15, 7:22, 7:25, 8:2, 8:25, 9:7, 15:8, 15:10, 15:24
**rights** [3] - 3:4, 7:13, 9:19
**Room** [1] - 1:22
**RPR** [2] - 1:20, 23:23
**Rule** [1] - 15:7
**rules** [3] - 2:23, 8:14, 15:8
**run** [1] - 11:22
**Rusk** [1] - 1:22

## S

**S** [4] - 1:20, 2:1, 23:23, 24:2
**safety** [1] - 15:19
**said** [3] - 14:8, 17:8, 18:18
**sale** [1] - 13:1
**same** [2] - 9:8, 17:25
**satisfied** [2] - 7:8, 14:11
**say** [1] - 20:17
**Schedule** [1] - 13:24
**school** [4] - 4:1, 4:2, 4:3, 11:13
**scores** [2] - 19:5
**searches** [1] - 9:24
**secondary** [2] - 4:2, 4:3
**Section** [1] - 15:17
**seek** [3] - 4:20, 8:12, 10:10
**seeking** [3] - 4:22, 10:19, 12:13
**seeks** [1] - 7:12
**seized** [1] - 13:18
**seizures** [1] - 9:25
**send** [2] - 12:8, 18:7
**sent** [2] - 18:13, 19:17
**sentence** [19] - 12:2, 15:9, 15:20, 19:6, 19:8, 19:10, 19:20, 19:21, 19:25, 20:1, 20:7, 20:10, 20:12, 20:13, 20:14, 20:18
**sentencing** [9] - 15:14, 17:18, 18:13, 18:14, 18:20, 19:1, 19:4, 23:4, 23:16
**Sentencing** [3] - 15:16, 17:20, 17:21
**separate** [2] - 11:23, 12:10
**separately** [1] - 11:21
**served** [2] - 11:16, 11:19
**serves** [1] - 14:12
**serving** [1] - 12:1
**set** [1] - 23:4
**several** [2] - 6:4, 6:17
**short** [1] - 18:3
**should** [5] - 8:1, 15:21, 20:23, 21:2, 22:8
**sick** [1] - 5:24
**signature** [4] - 16:21, 16:25, 17:1

**signed** [1] - 23:9
**silent** [2] - 8:25, 9:3
**simply** [3] - 16:25, 18:22, 20:8
**since** [1] - 11:24
**sir** [11] - 2:9, 3:8, 3:20, 3:24, 4:25, 5:20, 6:15, 16:23, 18:17, 19:13, 19:22
**sit** [1] - 20:12
**Smith** [3] - 1:20, 23:23, 24:2
**so** [10] - 7:15, 7:19, 8:1, 9:7, 12:22, 15:4, 16:14, 19:1, 20:8, 20:13
**sole** [1] - 15:22
**Solis** [1] - 13:1
**Solis-Garcia** [1] - 13:1
**source** [5] - 13:2, 13:4, 13:6, 13:8, 13:13
**south** [1] - 13:21
**southern** [1] - 1:21
**SOUTHERN** [1] - 1:1
**Southern** [2] - 7:16, 23:23
**Spanish** [2] - 4:14, 14:22
**speak** [2] - 2:25, 3:6
**special** [1] - 11:7
**specific** [2] - 11:13, 20:14
**St** [1] - 1:15
**stand** [1] - 9:9
**standard** [4] - 9:14, 18:20, 18:21, 18:23
**start** [3] - 3:18, 20:2, 20:19
**statements** [1] - 9:25
**STATES** [3] - 1:1, 1:4, 1:10
**States** [15] - 1:21, 2:2, 2:5, 4:5, 8:8, 10:7, 12:1, 12:2, 12:5, 15:11, 15:20, 15:23, 15:24, 17:21, 23:23
**station** [1] - 13:10
**status** [1] - 10:11
**stenography** [1] - 1:24
**stop** [3] - 2:25, 3:6, 13:18
**Street** [3] - 1:18, 1:22, 13:10
**subject** [4] - 9:9, 9:11, 11:10, 17:14
**submitted** [1] - 13:20
**subpoena** [1] - 9:17

**subsequent** [1] - 10:2
**substance** [8] - 10:23, 10:24, 10:25, 11:2, 13:19, 13:22, 13:24
**substantial** [1] - 15:23
**such** [3] - 3:10, 5:17, 8:15
**suffer** [3] - 4:25, 5:4, 5:8
**sufficient** [2] - 6:19, 6:22
**Suite** [2] - 1:15, 1:18
**summarize** [3] - 12:20, 14:4, 15:3
**summary** [3] - 14:6, 16:6, 16:10
**supervised** [13] - 11:6, 11:8, 11:9, 11:14, 11:16, 11:18, 11:20, 11:22, 11:25, 12:5, 12:7, 12:8
**supported** [1] - 22:16
**surveillance** [1] - 13:17
**suspected** [1] - 13:20

## T

**take** [1] - 19:18
**taken** [3] - 6:10, 19:5, 19:24
**taking** [3] - 6:12, 20:24, 21:3
**tell** [5] - 3:5, 3:22, 4:19, 12:3, 19:23
**telling** [1] - 11:12
**ten** [1] - 11:5
**tendered** [1] - 17:16
**Tendering** [1] - 16:18
**term** [4] - 11:5, 11:6, 11:18, 12:4
**terms** [1] - 15:3
**testify** [4] - 9:1, 9:6, 9:16, 9:18
**testing** [1] - 11:11
**TEXAS** [2] - 1:1, 1:5
**Texas** [7] - 1:15, 1:18, 1:21, 1:22, 7:16, 13:10, 23:24
**than** [5] - 11:5, 15:15, 18:23, 21:23
**thank** [2] - 23:18, 23:19
**that** [84] - 2:14, 2:17,

2:18, 3:11, 3:12, 3:13, 4:13, 5:5, 5:7, 5:16, 5:17, 5:25, 6:12, 6:13, 7:10, 7:18, 7:23, 8:10, 8:12, 8:19, 8:21, 9:1, 9:2, 9:3, 9:5, 9:15, 9:18, 9:23, 9:25, 10:1, 10:6, 10:10, 10:18, 10:22, 10:24, 10:25, 11:1, 11:25, 12:4, 13:3, 13:4, 14:11, 16:6, 16:10, 16:20, 16:21, 16:25, 17:1, 17:3, 17:4, 17:6, 17:11, 18:4, 18:14, 18:15, 18:18, 18:20, 18:24, 19:8, 19:10, 19:11, 19:17, 19:18, 19:23, 19:24, 20:23, 21:2, 22:11, 22:14, 22:16, 22:17, 22:18, 22:19, 22:20, 22:22, 23:14, 23:24

**that's** [1] - 2:12
**THE** [155] - 1:10, 1:14, 1:17, 2:2, 2:9, 2:10, 2:11, 2:12, 2:14, 2:19, 2:23, 3:2, 3:3, 3:8, 3:9, 3:15, 3:16, 3:20, 3:21, 3:23, 3:24, 3:25, 4:1, 4:2, 4:3, 4:4, 4:5, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 4:15, 4:16, 4:18, 4:19, 4:21, 4:22, 4:23, 4:24, 5:2, 5:3, 5:5, 5:7, 5:10, 5:11, 5:13, 5:14, 5:15, 5:16, 5:19, 5:20, 5:23, 5:24, 6:2, 6:3, 6:5, 6:6, 6:8, 6:9, 6:10, 6:12, 6:15, 6:16, 6:18, 6:19, 6:22, 6:25, 7:3, 7:6, 7:9, 7:10, 7:21, 7:22, 8:5, 8:7, 8:17, 8:18, 8:24, 8:25, 9:5, 9:6, 9:20, 9:21, 10:5, 10:6, 10:14, 10:15, 10:18, 12:16, 12:17, 14:3, 14:7, 14:8, 14:10, 14:11, 14:17, 14:19, 14:21, 14:22, 14:23, 14:24, 15:1, 15:2, 15:25, 16:4, 16:8, 16:9, 16:12, 16:14, 16:17, 16:19, 16:23, 16:24, 17:2, 17:3, 17:7, 17:8, 17:12, 17:13, 17:19, 17:20, 19:13, 19:14, 20:4, 20:5, 20:16, 20:17, 20:20, 20:21,

21:1, 21:5, 21:9, 21:10, 21:12, 21:13, 21:15, 21:16, 21:18, 21:19, 21:21, 21:22, 21:25, 22:1, 22:3, 22:4, 22:6, 22:7, 22:10, 22:14, 23:7, 23:9, 23:12, 23:14
**The** [2] - 2:22, 23:20
**the** [255] - 2:4, 2:5, 2:14, 3:6, 3:11, 3:12, 3:13, 3:18, 4:5, 4:17, 5:12, 5:13, 6:4, 6:5, 6:6, 6:17, 7:3, 7:4, 7:10, 7:13, 7:14, 7:15, 7:16, 7:22, 7:25, 8:1, 8:2, 8:7, 8:8, 8:10, 8:12, 8:14, 8:19, 8:20, 8:21, 8:25, 9:2, 9:7, 9:8, 9:9, 9:10, 9:11, 9:12, 9:14, 9:23, 9:25, 10:1, 10:7, 10:10, 10:12, 10:16, 10:19, 10:21, 10:23, 10:24, 10:25, 11:1, 11:4, 11:8, 11:12, 11:14, 11:17, 11:19, 11:21, 11:22, 11:23, 12:1, 12:2, 12:3, 12:5, 12:6, 12:10, 12:12, 12:13, 12:14, 12:19, 12:20, 12:21, 13:1, 13:2, 13:3, 13:4, 13:5, 13:7, 13:8, 13:9, 13:11, 13:12, 13:13, 13:14, 13:15, 13:17, 13:20, 13:21, 13:22, 13:23, 13:24, 13:25, 14:2, 14:3, 14:4, 14:5, 14:11, 14:12, 14:13, 14:14, 14:25, 15:2, 15:3, 15:6, 15:7, 15:8, 15:9, 15:11, 15:12, 15:13, 15:14, 15:15, 15:16, 15:17, 15:18, 15:19, 15:20, 15:21, 15:22, 15:23, 15:24, 16:1, 16:5, 16:6, 16:9, 16:10, 16:12, 16:15, 16:24, 17:4, 17:9, 17:14, 17:15, 17:20, 17:22, 17:23, 17:25, 18:1, 18:3, 18:4, 18:5, 18:6, 18:7, 18:8, 18:9, 18:10, 18:11, 18:12, 18:14, 18:15, 18:18, 18:22, 18:24, 19:1, 19:4, 19:6, 19:7, 19:9, 19:11, 19:14, 19:17, 19:19, 19:22, 20:2, 20:7, 20:8, 20:9,

20:11, 20:17, 20:22, 20:23, 21:1, 21:2, 21:6, 22:8, 22:11, 22:14, 22:16, 22:17, 22:18, 22:19, 22:20, 22:21, 22:24, 22:25, 23:1, 23:3, 23:4, 23:9, 23:10, 23:11, 23:12, 23:13, 23:14, 23:15, 23:24, 23:24, 23:25
**them** [1] - 12:4
**then** [4] - 18:6, 18:7, 19:19, 19:24
**there** [8] - 14:15, 14:16, 14:17, 16:20, 16:24, 18:10, 20:22, 21:1
**there's** [1] - 12:18
**thereof** [1] - 8:1
**these** [4] - 2:16, 7:13, 9:19, 22:21
**they** [8] - 5:17, 5:21, 8:20, 9:3, 9:4, 10:1, 10:22, 18:19
**things** [1] - 18:14
**thinking** [1] - 2:17
**this** [29] - 2:18, 2:24, 2:25, 4:12, 7:25, 8:25, 9:12, 9:17, 9:23, 10:10, 10:11, 10:21, 11:2, 11:4, 11:24, 12:9, 12:14, 16:14, 17:5, 17:10, 17:22, 18:17, 18:23, 19:7, 20:17, 21:16, 22:22
**Thomas** [1] - 1:17
**those** [7] - 5:9, 5:16, 10:3, 10:13, 18:7, 19:4, 19:5
**threatened** [1] - 21:19
**three** [1] - 10:24
**through** [4] - 2:24, 3:18, 10:11, 20:2
**time** [15] - 2:25, 6:7, 6:19, 6:22, 7:20, 9:24, 11:15, 11:19, 11:22, 12:21, 14:5, 15:13, 16:14, 18:18, 20:17
**Tio** [1] - 13:5
**to** [144] - 2:25, 3:5, 3:6, 3:12, 3:13, 3:17, 3:19, 4:20, 4:22, 4:23, 5:11, 5:16, 5:21, 6:6, 6:14, 6:19, 6:22, 6:25, 7:12, 7:14, 7:15, 7:22, 7:24, 7:25, 8:3, 8:5, 8:8, 8:9, 8:10, 8:11, 8:13, 8:15, 8:25, 9:1, 9:2, 9:3, 9:6, 9:7, 9:9,

9:11, 9:14, 9:16, 9:17, 9:18, 9:23, 9:24, 10:7, 10:9, 10:10, 10:19, 10:20, 10:21, 11:1, 11:6, 11:10, 11:11, 12:2, 12:3, 12:6, 12:8, 12:13, 12:18, 12:19, 12:21, 13:5, 13:9, 13:21, 13:25, 14:1, 14:2, 14:5, 15:2, 15:7, 15:8, 15:10, 15:11, 15:12, 15:13, 15:14, 15:20, 15:23, 15:24, 17:5, 17:10, 17:14, 17:21, 17:23, 18:5, 18:6, 18:9, 18:11, 18:13, 18:15, 18:18, 18:24, 18:25, 19:2, 19:7, 19:9, 19:11, 19:22, 19:23, 20:1, 20:3, 20:5, 20:6, 20:9, 20:18, 20:23, 21:2, 21:6, 21:7, 21:20, 21:23, 22:1, 22:11, 22:18, 22:24, 22:25, 23:2, 23:15, 23:24
**today** [12] - 3:16, 5:18, 5:21, 5:24, 6:1, 6:3, 6:10, 6:14, 10:2, 10:4, 20:12, 21:10
**told** [2] - 10:6, 21:10
**took** [1] - 10:1
**total** [2] - 13:22, 19:3
**traffic** [1] - 13:18
**traffickers** [1] - 12:25
**training** [1] - 11:14
**transcript** [2] - 1:25, 23:24
**TRANSCRIPT** [1] - 1:9
**transfer** [1] - 13:25
**translated** [2] - 4:14, 14:22
**treated** [1] - 4:25
**trial** [14] - 3:18, 7:15, 7:17, 7:20, 7:22, 8:3, 8:7, 8:18, 8:19, 9:2, 12:21, 14:5, 18:18, 20:2
**true** [4] - 14:8, 18:23, 21:11, 23:24
**two** [3] - 10:23, 15:18, 19:5
**two-level** [1] - 15:18

**U**

**U.S** [2] - 1:14, 23:16
**unable** [1] - 7:24
**under** [9] - 8:14,

15:16, 15:19, 16:2, 19:1, 19:3, 19:6, 19:18, 20:8
**undercover** [3] - 13:9, 13:11, 14:2
**understand** [44] - 2:17, 3:1, 3:2, 3:4, 3:7, 3:8, 3:10, 3:14, 3:19, 3:20, 5:17, 5:19, 7:20, 7:21, 8:4, 8:5, 8:16, 8:17, 8:23, 8:24, 9:4, 9:5, 9:19, 10:4, 10:13, 10:14, 10:18, 12:12, 12:14, 12:15, 12:16, 17:3, 17:6, 17:7, 17:11, 17:12, 19:12, 19:13, 20:3, 20:4, 20:15, 20:16, 20:19, 20:20
**understanding** [3] - 5:25, 16:5, 23:25
**understands** [3] - 7:3, 22:20, 22:21
**understood** [3] - 3:12, 3:14, 21:13
**unhappy** [2] - 20:1, 20:18
**UNITED** [3] - 1:1, 1:4, 1:10
**United** [15] - 1:21, 2:2, 2:5, 4:5, 8:7, 10:7, 12:1, 12:2, 12:5, 15:11, 15:20, 15:23, 17:21, 23:23
**unless** [1] - 8:20
**up** [4] - 9:12, 11:6, 16:17, 19:11
**upon** [1] - 17:25
**used** [1] - 8:15
**using** [1] - 18:23

**V**

**valve** [1] - 15:19
**versus** [1] - 2:3
**very** [14] - 2:20, 2:23, 3:21, 4:24, 5:24, 7:6, 12:17, 12:21, 15:3, 16:4, 17:13, 18:17, 20:21, 21:5
**via** [1] - 1:25
**violate** [2] - 11:14, 11:17
**violated** [1] - 11:16
**violating** [1] - 12:7
**violation** [2] - 11:20
**voluntarily** [4] - 7:11, 9:16, 21:17, 22:19
**vote** [1] - 8:20
**VS** [1] - 1:5

## W

**waived** [1] - 10:3
**waives** [1] - 15:8
**waiving** [2] - 7:14, 9:22
**want** [5] - 7:22, 8:5, 9:6, 9:16, 19:23
**was** [15] - 2:22, 10:24, 11:2, 13:4, 13:5, 13:20, 13:22, 14:8, 14:22, 15:15, 15:25, 16:6, 16:10, 20:8, 20:9
**wave** [1] - 10:15
**way** [4] - 5:17, 5:24, 10:1, 17:8
**we** [6] - 2:24, 10:17, 18:2, 19:1, 19:2, 23:17
**weight** [1] - 13:23
**well** [12] - 2:20, 2:23, 3:21, 4:24, 5:5, 5:24, 7:6, 12:17, 16:4, 17:13, 20:21, 21:5
**were** [3] - 10:1, 10:10, 23:20
**what** [23] - 2:9, 4:8, 4:19, 4:20, 4:22, 5:3, 5:7, 5:14, 5:17, 5:21, 5:25, 6:14, 10:22, 11:9, 16:1, 18:1, 18:6, 19:2, 20:6, 20:7, 20:10, 20:13, 21:23
**when** [1] - 6:6
**where** [2] - 4:3, 11:12
**whether** [3] - 8:15, 12:18, 15:15
**which** [5] - 10:8, 12:4, 12:11, 12:13, 22:11
**while** [1] - 13:17
**who** [3] - 2:16, 18:5, 20:12
**why** [1] - 22:7
**will** [54] - 2:16, 2:20, 3:5, 3:9, 3:17, 7:13, 7:19, 8:7, 8:9, 8:18, 9:7, 9:9, 9:11, 9:12, 9:22, 9:23, 10:3, 10:8, 12:4, 12:7, 12:8, 12:20, 14:4, 15:6, 16:17, 17:21, 17:22, 17:25, 18:1, 18:3, 18:6, 18:7, 18:12, 18:13, 18:15, 18:21, 18:23, 19:2, 19:4, 19:5, 19:14, 19:16, 19:18, 19:19, 19:20,

19:22, 19:24, 19:25, 20:1, 20:7, 20:12, 20:13, 20:18
**wine** [1] - 5:15
**with** [27] - 2:25, 3:3, 3:6, 4:12, 4:20, 4:23, 6:23, 7:8, 7:11, 10:20, 10:25, 12:10, 13:2, 13:9, 13:22, 13:24, 14:20, 15:9, 16:21, 17:4, 17:9, 17:23, 17:24, 18:12, 20:1, 20:18, 21:7
**withdraw** [3] - 3:17, 20:2, 20:18
**within** [1] - 19:8
**without** [2] - 8:3, 11:15
**witness** [4] - 8:10, 9:9, 9:15, 9:18
**witnesses** [1] - 8:9
**words** [2] - 4:19, 9:14
**work** [2] - 11:12, 19:16
**would** [9] - 5:25, 8:11, 8:12, 8:13, 8:14, 9:2, 9:16, 11:10, 22:11
**write** [2] - 4:10, 18:6
**writing** [3] - 17:5, 17:10, 23:3
**written** [1] - 21:24

## Y

**years** [4] - 3:25, 11:5, 11:7, 12:12
**yes** [31] - 2:12, 2:19, 4:15, 4:18, 4:21, 5:2, 5:13, 5:20, 6:21, 6:24, 7:9, 8:5, 9:20, 10:5, 12:24, 14:10, 14:18, 14:21, 14:23, 15:1, 15:6, 16:8, 16:11, 16:23, 17:2, 17:7, 17:19, 21:12, 21:15, 21:18, 22:6
**yesterday** [1] - 6:8
**you** [184] - 2:17, 2:20, 2:24, 3:1, 3:3, 3:4, 3:5, 3:7, 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 3:16, 3:17, 3:19, 3:24, 4:1, 4:3, 4:5, 4:8, 4:10, 4:12, 4:14, 4:19, 4:20, 4:22, 4:25, 5:3, 5:8, 5:11, 5:16, 5:17, 5:19, 5:21, 5:24, 5:25, 6:3, 6:7, 6:16,

6:19, 6:22, 6:25, 7:3, 7:7, 7:13, 7:14, 7:15, 7:17, 7:18, 7:19, 7:20, 7:22, 7:23, 7:25, 8:1, 8:2, 8:4, 8:11, 8:13, 8:16, 8:18, 8:19, 8:20, 8:21, 8:22, 8:25, 9:1, 9:2, 9:4, 9:6, 9:7, 9:9, 9:10, 9:11, 9:15, 9:16, 9:18, 9:22, 9:23, 10:1, 10:4, 10:6, 10:7, 10:10, 10:13, 10:18, 11:9, 11:10, 11:12, 11:14, 11:15, 11:16, 11:17, 11:21, 11:22, 11:25, 12:1, 12:2, 12:3, 12:4, 12:5, 12:6, 12:8, 12:9, 12:10, 12:11, 12:12, 12:14, 12:15, 14:19, 14:22, 16:14, 16:17, 17:3, 17:6, 17:8, 17:11, 17:17, 17:22, 18:3, 18:4, 18:5, 18:8, 18:18, 19:2, 19:8, 19:9, 19:11, 19:12, 19:16, 19:22, 19:23, 20:1, 20:3, 20:5, 20:6, 20:9, 20:12, 20:13, 20:14, 20:15, 20:17, 20:18, 20:19, 21:7, 21:10, 21:13, 21:16, 21:19, 21:20, 21:22, 21:23, 22:1, 22:4, 22:7, 22:10, 22:24, 23:17, 23:18, 23:19
**you'll** [1] - 20:10
**you're** [7] - 7:24, 8:2, 11:24, 12:4, 12:10, 12:13, 20:1
**you've** [3] - 10:6, 11:19, 14:3
**your** [66] - 2:4, 2:9, 2:20, 2:25, 3:4, 3:6, 3:16, 3:17, 3:22, 4:16, 4:19, 5:20, 6:13, 6:20, 6:25, 7:8, 8:8, 8:10, 8:22, 9:2, 9:4, 9:7, 9:13, 9:14, 9:15, 9:21, 10:2, 10:3, 10:9, 10:15, 11:13, 11:20, 12:2, 12:19, 14:19, 14:20, 14:24, 15:3, 16:5, 16:21, 16:25, 17:4, 17:9, 17:17, 17:22, 17:24, 18:10, 18:19, 18:25, 19:14, 19:20, 19:21, 19:24, 19:25, 20:2, 20:5, 20:10, 20:18, 20:19, 21:23, 22:23

**Your** [27] - 2:6, 2:7, 2:12, 4:2, 6:21, 6:24, 7:2, 7:5, 9:20, 10:17, 12:24, 14:16, 14:18, 15:6, 16:3, 16:11, 16:13, 16:15, 20:25, 21:4, 22:9, 22:13, 23:6, 23:8, 23:11, 23:13, 23:19
**yourself** [2] - 7:24, 8:3

## Z

**Ziploc** [1] - 13:18