United States District Court
Southern District of Texas

**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:22-CR-00081-008 |
| | § | |
| MARTIN DEJESUS LUEVANO | § | |

## ORDER

Before the Court are several motions filed directly by Defendant Martin Dejesus Luevano: (1) Defendant's Motion for Home Confinement (Doc. #1467); (2) Defendant's Motion to Appoint Counsel (Doc. #1505); (3) Defendant's Motion for Hearing (Doc. #1675); (4) Defendant's Motion to Allow Pro Se Filings (Doc. #2005); (5) Defendant's Motion to Dismiss (Doc. #2006); (6) Defendant's Motion to Dismiss (Doc. #2015); (7) Defendant's Motion for Specific Performance and Enforcement of Sentencing Judgment (Doc. #2041); (8) Defendant's Motion to Suppress Statements and Memorandum of Law in Support (Doc. #2042); (9) Defendant's Motion for Compassionate Release/to Reduce Sentence Pursuant to 18 USC 3582(c)(1)(A) (Doc. #2064); (10) Defendant's Motion for Compassionate Release/to Reduce Sentence Pursuant to 18 USC 3582(c)(1)(A) (Doc. #2065); and (11) Defendant's Motion to Quash Writ of Habeas Corpus Ad Prosequendum (Doc. #2098).

Despite being represented by counsel, Defendant has filed numerous letter motions, as listed above. A "criminal defendant does not have the right, however, to a 'hybrid representation,' partly by counsel and partly by himself." *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978). Thus, "[w]hen a defendant is represented by counsel, he or she does not have the right to file pro se motions" and "a district court may strike" such motions. *United States v. Jones*, 842 F. App'x 878, 883 (5th Cir. 2021) (unpublished).

Accordingly, the Court hereby STRIKES Doc. Nos. 1467, 1505, 1675, 2005, 2006, 2015, 2041, 2042, 2064, 2065, and 2098 from the record.  Given that Defendant is currently represented by counsel, Defendant is ORDERED not to submit filings or contact the Court unless it is through his attorney.

It is so ORDERED.

JUL 1 4 2026

Date

_____
The Honorable Alfred H. Bennett
United States District Judge